**James William ANDREWS, Appellant,**

v.

**CONSOLIDATED UNDERWRITERS.**

No. 15138.

United States Court of Appeals
Eighth Circuit.
March 11, 1955.

Tilghman E. Dixon, Little Rock, Ark., for appellant.

Leffel Gentry, Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed for failure of appellant to comply with rules as to filing of printed record and brief, on motion of appellee.